**FILED**
January 24, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>IAN DANIEL RADICH, )<br>Defendant. )<br>_____ ) | Case No. 2:20-mj-00010-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, IAN DANIEL RADICH, Case No. 2:20-mj-00010-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $100,000.00.

           _X_   Co-Signed Unsecured Appearance Bond

           ___   Secured Appearance Bond

           _X_   (Other) <u>Conditions as stated on the record.</u>

           _X_   (Other) <u>The Defendant is ordered to appear on 2/11/2020 at 11:00 a.m. before Magistrate Judge Willie J. Epps Jr. at U.S. Courthouse, 80 Lafayette St., 3rd Floor, Jefferson City, MO 65101.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>1/24/2020</u>  at  <u>2:30 p.m.</u>

By _____
Edmund F. Brennan
United States Magistrate Judge